1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

| UNITED STATES OF AMERICA, | CASE NO. **13CR0747-WQH** |
| --- | --- |

12

Plaintiff,     **JUDGMENT AND ORDER OF**
**DISMISSAL OF INFORMATION**

vs.

13

**ANTHONY DOMINIQUE ZUNIGA(2),**

14
15

Defendant.

16
17

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the

18

Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held

by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

19
20

**IT IS SO ORDERED**.

Dated:  3/12/2014              .

21
22
23

_____
**HONORABLE BARBARA L. MAJOR**
**United States Magistrate Judge**

24
25
26
27
28

- 1 -